COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00018-CV |
| Style: | Lucrecia Mendia v. Fiesta Mart, L.L.C. |
| Date motion filed*: | May 30, 2019 |
| Type of motion: | Response to the Court's Notice of Late Brief and Request for a Late Record Notice |
| Party filing motion: | Appellant's counsel Tina Z. Robbins |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?　　　No.

If motion to extend time:

| | |
|---|---|
| Original due date: | March 27, 2019 |
| Number of extensions granted: | 2　　　Current Due Date: May 16, 2019 |
| Date Requested: | N/A (10 days after filing of supplemental clerk's record) |

Ordered that motion is:

☒ Granted, in part

　　If document is to be filed, document due: June 17, 2019.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _The district clerk filed a supplemental clerk's record on June 4, 2019.__ Accordingly, appellant's response to the Court's notice of late brief and request for a late record notice, construed as a third motion for an extension of time to file her brief ten days after the filing of the supplemental clerk's record, is **granted**, in part, until June 17, 2019.__

Judge's signature: ___/s/ Laura C. Higley_____

　　　　　　　x Acting individually　　　☐ Acting for the Court

Date: __June 6, 2019___